UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KARIN DITNER,

                    Plaintiff,

-against-

FAIRWAY BROADWAY LLC;
FAIRWAY GROUP HOLDINGS CORP.;
TRIUMPH CONSTRUCTION CORP.; and
CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,

                    Defendants.
----------------------------------------------------------------X

18-CV-2521 (VSB) (DF)

**STIPULATION OF DISCONTINUANCE**

Dated: July 25, 2018

**IT IS STIPULATED AND AGREED** by and among counsel for the parties herein that this action shall be and is hereby discontinued with prejudice and without costs to any side.

_____
Jill Zibkow, Esq.
Gallo Vitucci Klar LLP
90 Broad Street, 12th Floor
New York, New York 10004
(212) 683-7100
jzibkow@gvlaw.com
*Attorneys for defendants FAIRWAY BROADWAY LLC; FAIRWAY GROUP HOLDINGS CORP.*

_____
S/
Frank V. Pesce, Esq.
Fischetti & Pesce, LLP
119 North Park Ave., 4th Floor
Rockville Centre, New York 11570
(516) 873-1511
fpesce@fandplaw.net
*Attorneys for defendant TRIUMPH CONSTRUCTION CORP*

_____
David Tolchin, Esq.
JAROSLAWICZ & JAROS PLLC
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780
dtolchin@lawjaros.com
*Attorneys for plaintiff*

_____
Vivian Dole, Esq.
4 Irving Pl., Room 1800
New York, NY 10003
(212) 460-3355
dole-mersonv@coned.com
*CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.*

**SO ORDERED:**

_____
HON. VERNON S. BRODERICK  10/18/2018
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KARIN DITNER,                                           18-CV-2521 (VSB) (DF)

                Plaintiff,

      -against-

FAIRWAY BROADWAY LLC;                                   **STIPULATION OF**
FAIRWAY GROUP HOLDINGS CORP.;                           **DISCONTINUANCE**
TRIUMPH CONSTRUCTION CORP.; and
CONSOLIDATED EDISON COMPANY OF NEW                      Dated: July 25, 2018
YORK, INC.,

                Defendants.
-----------------------------------------------------------------X

**IT IS STIPULATED AND AGREED** by and among counsel for the parties herein that this action shall be and is hereby discontinued with prejudice and without costs to any side.

Jill Zibkow, Esq.
Gallo Vitucci Klar LLP
90 Broad Street, 12th Floor
New York, New York 10004
(212) 683-7100
jzibkow@gvlaw.com
*Attorneys for defendants FAIRWAY BROADWAY LLC; FAIRWAY GROUP HOLDINGS CORP.*

Frank V. Pesce, Esq.
Fischetti & Pesce, LLP
149 North Park Ave., 4th Floor
Rockville Centre, New York 11570
(516) 873-1511
fpesce@fandplaw.net
*Attorneys for defendant TRIUMPH CONSTRUCTION CORP*

David Tolchin, Esq.
JAROSLAWICZ & JAROS PLLC
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780
dtolchin@lawjaros.com
*Attorneys for plaintiff*

Vivian Dole, Esq.
4 Irving Pl., Room 1800
New York, NY 10003
(212) 460-3355
dole-mersonv@coned.com
*CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.*